**STATE of Missouri, Respondent,**

v.

**Major LANG, Appellant.**

**No. ED 78027.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 9, 2001.

Jennifer S. Walsh, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Defendant, Major Lang, appeals from his conviction, after a jury trial, for trafficking of drugs in the second degree. He was sentenced as a prior offender, to imprisonment for eight years.

No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).